UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON BRIDGEWATER,

        Plaintiff,

Case No. 12-14469

Honorable John Corbett O'Meara

v.

BARAK [*sic*] OBAMA, *et. al.*,

        Defendants.
_____/

## ORDER OF DISMISSAL

Plaintiff Sharon Bridgewater filed a complaint, along with an application to proceed *in forma pauperis*, October 9, 2012. The court will grant her application to proceed IFP.

Pursuant to 28 U.S.C.§ 1915(e)(2)(B), the court may dismiss any action filed *in forma pauperis* that is factually frivolous, is malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from suit. Factual frivolousness includes allegations that are "clearly baseless," "fantastic," or "delusional." See Neitzke v. Williams, 490 U.S. 319, 327-28 (1989). The court finds Plaintiff's complaint frivolous pursuant to Section 1915(e), as it is both fantastic and delusional.

It is hereby **ORDERED** that plaintiff Bridgewater's application to proceed *in forma pauperis* is **GRANTED.**

It is further **ORDERED** that the complaint is **DISMISSED.**

                                        s/John Corbett O'Meara
                                        United States District Judge

Date: October 23, 2012

I hereby certify that a copy of the foregoing document was served upon Plaintiff at 1524 Harvest Lane, Superior Township, MI 48198 on this date, October 23, 2012, using first-class U.S. mail.

s/William Barkholz
Case Manager
